IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,  *Plaintiff-Appellee/ Cross-Appellant*,  v.  CONSUMER FIRST LEGAL GROUP, LLC, *et al.*,  *Defendants-Appellants/ Cross-Appellees*. | **Case Nos. 22-2430, 22-2620**  Appeal from the U.S. District Court for the Western District of Wisconsin  No. 3:14-cv-00513  William M. Conley, District Judge |

**CONSUMER FINANCIAL PROTECTION BUREAU'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Plaintiff-Appellee Consumer Financial Protection Bureau respectfully requests a 30-day extension of time in which to file its combined responsive brief in the main appeal and opening brief in the cross-appeal. In support of that request, the Bureau states as follows:

1. The Bureau's brief is currently due on February 16, 2023. Under the requested extension of time, the brief would be due on March 20, 2023.

2. This is the Bureau's first request for an extension of time.

3. Defendants previously moved for and received two extensions of time to file their opening brief. ECF Nos. 12, 15. The Bureau did not oppose either of Defendants' motions.

4. The requested extension is necessary due to counsel for the Bureau's engagement in several other cases with commitments that overlap with the deadline in this case. Among these, counsel is scheduled to take part in a hearing on two motions, including a motion to dismiss, in Santa Ana, California on February 17. *See CFPB v. Noh*, No. 8:21-cv-00488 (C.D.

1

Cal.). Counsel is assisting with the drafting of an opposition to a dispositive motion in *CFPB v. MoneyLion*, *Technologies, Inc.*, No. 1:22-cv-08308 (S.D.N.Y.), that is due on February 14. And counsel has been engaged in briefing relating to a petition for certiorari filed by the Bureau and a cross-petition for certiorari in *CFPB v. Community Financial Services Ass'n of America, Ltd.*, Nos. 22-448, 22-663 (U.S.), work that was not completed until February 1 and that has necessarily delayed the preparation of the brief in this case.

5.  In addition, counsel for the Bureau has preexisting travel plans the week of February 6 and will be unable to complete work on the brief during that time. These travel plans became relevant only after Defendants sought and received two extensions of time for their opening brief.

6.  Accordingly, the Bureau respectfully requests a 30-day extension of time to file its brief, up to and including March 20, 2023.

7.  The Bureau notified counsel for Defendants of its intent to file this motion. Counsel for Defendants indicated that they do not oppose the relief requested.

8.  In support of this motion, below-signed counsel has submitted a declaration.

Dated:  February 1, 2022                              Respectfully submitted,

*/s/  Kevin E. Friedl*
Kevin E. Friedl
   *Senior Counsel*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-9268
kevin.friedl@cfpb.gov

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | **Case Nos. 22-2430, 22-2620** |
| *Plaintiff-Appellee/ Cross-Appellant*, | Appeal from the U.S. District Court for the Western District of Wisconsin |
| v. | No. 3:14-cv-00513 |
| CONSUMER FIRST LEGAL GROUP, LLC, *et al.*, | William M. Conley, District Judge |
| *Defendants-Appellants/ Cross-Appellees*. | |

## DECLARATION OF KEVIN E. FRIEDL

I declare that the following is true and correct under penalty of perjury, 28 U.S.C. § 1746:

1. I am the attorney at the Consumer Financial Protection Bureau with primary responsibility for preparing the Bureau's briefs in this case.

2. I have been working diligently to prepare the Bureau's combined responsive brief in the main appeal and opening brief in the cross-appeal.

3. I am scheduled to take part in a hearing on two motions, including a motion to dismiss, in Santa Ana, California on February 17. *See CFPB v. Noh*, No. 8:21-cv-00488 (C.D. Cal.). I am assisting with the drafting of an opposition to a dispositive motion in *CFPB v. MoneyLion, Technologies, Inc.*, No. 1:22-cv-08308 (S.D.N.Y.), that is due on February 14. And I have been engaged in briefing relating to a petition for certiorari filed by the Bureau and a cross-petition for certiorari in *CFPB v. Community Financial Services Ass'n of America, Ltd.*, Nos. 22-448, 22-663 (U.S.).

4. I have preexisting travel plans the week of February 6 and will be unable to complete work on the brief during that time.

5. Although I have made this case a priority, I will not be able to complete the Bureau's responsive brief by the February 16, 2023 due date.

6. All other statements in the foregoing motion for an extension of time are true and correct. Executed on February 1, 2022.

                                                                     */s/ Kevin E. Friedl*
                                                                     Kevin E. Friedl