# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

February 1, 2023

*By the Court:*

| | |
|---|---|
| Nos. 22-2430 and 22-2620 | CONSUMER FINANCIAL PROTECTION BUREAU, <br> Plaintiff – Appellee <br> Cross - Appellant <br> v. <br> CONSUMER FIRST LEGAL GROUP, LLC, et al., <br> Defendants - Appellants <br> Cross - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:14-cv-00513-wmc <br> Western District of Wisconsin <br> District Judge William M. Conley | |

Upon consideration of the **CONSUMER FINANCIAL PROTECTION BUREAU'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**, filed on February 1, 2023, by counsel for Appellee Consumer Financial Protection Bureau,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The plaintiff shall file its combined responsive brief in the main appeal and opening brief and appendix in the cross-appeal docketed in 22-2620 on or before March 20, 2023.

2. The defendants shall file their combined reply brief, if any, in the main appeal and responsive brief in the cross-appeal on or before April 19, 2023.

3. The plaintiff shall file its reply brief, if any, in the cross-appeal on or before May 10, 2023.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e)